——— FILED      ——— ENTERED
——— LOGGED     ——— RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND NOV 3 0 2020

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY

DARNELL GILBERT,                          :

    Plaintiff,                            :     NOTICE OF REMOVAL FROM DEPUTY
                                          :     THE CIRCUIT COURT FOR
v.                                        :     BALTIMORE CITY, MARYLAND
                                          :     CASE NO. 24-C-20-004319 OT
DOLGENCORP, LLC, *et al.*,                :     CIVIL ACTION NO. _____
                                          :
    Defendants.                           :

## PETITION FOR REMOVAL

Pursuant to 28 U.S.C., Section 1441(a), the Defendants DOLGENCORP, LLC, Red Leaf

Associates Limited Partnership I, and Red Leaf Development and Investment Associates, Inc.,

respectively, notice the removal of the above-captioned matter to this Honorable Court from the

Circuit Court for Baltimore City, Maryland, based on diversity of citizenship *and fraudulent joinder*,

and as grounds therefor, states as follows:

    1.    On or about October 15, 2020 the Plaintiff Darnell Gilbert filed the Complaint

attached as Exhibit A in the Circuit Court for Baltimore City, Maryland.

    2.    On or about October 31, 2020 the Plaintiff served the Defendants Red Leaf

Associates Limited Partnership I and Red Leaf Development and Investment Associates, Inc. Copies

of the summons served on these Defendants are attached as Exhibits B and C, respectively.

    3.    On or about November 2, 2020, the Plaintiff served the Defendant DOLGENCORP,

LLC through its resident agent with the summons attached as Exhibit D.  This Notice of Removal

is timely filed as it is filed within thirty days of service and within one year of filing of the

Complaint.

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP
———
17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691
———
3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

4.      Pursuant to 28 U.S.C. §§ 1441 and 1332, complete diversity of citizenship is established as follows:

- Plaintiff is a resident of Maryland;

- The Defendant DOLGENCORP, LLC is a limited liability company organized under the laws of Kentucky and maintaining its principal place of business in Frankfurt, Kentucky, and

- The Defendants Red Leaf Associates Limited Partnership I and Red Leaf Development and Investment Associates, Inc. are Maryland entities with their principal place of business in Maryland; *however*, they have been fraudulently joined in this matter as the there is no possibility of establishing under Maryland law the cause of action pled against them.[1]

5.      As this is a civil action wherein the amount in controversy exceeds $75,000.00, exclusive of interest and costs, this Honorable Court has diversity of jurisdiction over this matter pursuant to 28 U.S.C., Section 1332.

6.      By reason of the foregoing, removal is proper pursuant to 28 U.S.C. § 1441.

7.      A copy of the Notice of Removal filed with the Circuit Court for Baltimore City, Maryland is attached as Exhibit E

8.      The Petitioner presents and files herewith a check in the amount of $400.00 for the filing fee, as required by law.

WHEREFORE, the Defendants DOLGENCORP, LLC, Red Leaf Associates Limited Partnership I and Red Leaf Development and Investment Associates, Inc., respectively, request to

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548

---

[1]   A Motion to Dismiss or For Summary Judgment on behalf of the Defendants will be filed subsequent to this Petition.  Briefly, the sole theory of liability against the Maryland entities is that they own the property that the diverse Defendant operates a Dollar General on the property, and that, despite the lease, owners somehow have a non-delegable duty to prevent a Dollar General customer from assaulting another customer.

remove this action from the Circuit Court for Baltimore City, Maryland to the United States District

Court for the District of Maryland.

Respectfully submitted,

DeCARO, DORAN, SICILIANO,
GALLAGHER and DeBLASIS, LLP

By:_____

Mark A. Kohl, #16890
17251 Melford Boulevard, Suite 200
Bowie, Maryland  20715
(301)352-4950
(301)352-8691 - Fax
mkohl@decarodoran.com
*Counsel for Defendants*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **24**th day of **November, 2020,** a copy of the foregoing

Petition for Removal was mailed, postage prepaid, to:

Andrew K. O'Connell, Esquire
Murphy, Falcon & Murphy
One South Street, 30th Floor
Baltimore, Maryland 21202
*Counsel for Plaintiff*

Mark A. Kohl, #16890

DeCARO, DORAN,
SICILIANO, GALLAGHER,
& DeBLASIS, LLP

17251 MELFORD BOULEVARD
SUITE 200
BOWIE, MD 20715
TELEPHONE: (301) 352-4950
FAX: (301) 352-8691

3050 CHAIN BRIDGE ROAD
SUITE 300
FAIRFAX, VIRGINIA 22030
TELEPHONE: (703) 255-6667
FAX: (703) 299-8548